# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **KENNETH P. TEMPLETON,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-422-slc |
| **JODINE DEPPISCH, Warden,** Fox Lake Correctional Institution, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Kenneth P. Templeton for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court remedies.

JOEL W. TURNER
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                                7/23/2008
_____        _____
by Deputy Clerk                                                 Date